1  Douglas R. Ricks, OSB No. 044026
   Christopher N. Coyle, OSB No. 073501
2  SUSSMAN SHANK LLP
   1000 SW Broadway, Suite 1400
3  Portland, OR  97205-3089
   Telephone: (503) 227-1111
4  Facsimile: (503) 248-0130
   E-Mail:  dricks@sussmanshank.com
5          ccoyle@sussmanshank.com

6          Proposed Attorneys for Debtors-in-Possession

7

8

9              IN THE UNITED STATES BANKRUPTCY COURT

10                      DISTRICT OF OREGON

11  In re                          )  Case Nos. 25-30484-pcm11 (Lead Case);
                                   )  25-30486-pcm11 (Jointly Administered)
12  Sherwood Hospitality Group, LLC and )
    DVKOCR Tigard, LLC,            )
13                                 )  NOTICE OF HEARING ON DEBTORS'
                                   )  MOTION FOR APPROVAL OF
14                                 )  ASSUMPTION OF HOTEL
                                   )  MANAGEMENT AGREEMENTS **AND**
15                                 )  MOTION FOR ORDER AUTHORIZING
                                   )  PAYMENT OF CERTAIN PRE-PETITION
16                                 )  SALES, USE, TRUST FUND, AND
                                   )  OTHER TAXES
17                                 )
                                   )
18              Debtors-in-Possession. )
                                   )
19  _____ )

20         YOU ARE NOTIFIED that a HEARING will be held on **March 20, 2025, at 9:30 a.m.**
    before the Honorable Peter C. McKittrick in person at United States Bankruptcy Court, 1050 SW
21  6th Ave #700, Courtroom 1. Testimony may be received if offered and admissible.

22              SUSSMAN SHANK LLP

23

24              By /s/ Douglas R. Ricks
                   Douglas R. Ricks, OSB No. 044026
                   Proposed Attorneys for Debtors-in-Possession
25

26
**Page 1 of 1** – NOTICE OF HEARING ON MOTION FOR ASSUMPTION OF
           HOTEL AGREEMENTS… AND MOTION FOR AUTHORIZATION PAYMENT
           OF PRE-PETITION TAXES…

CERTIFICATE OF SERVICE

I, Amy E. Sinclair declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on February 28, 2025, I served, via first class mail, a full and correct copy of the foregoing **NOTICE OF HEARING ON DEBTORS' MOTION FOR APPROVAL OF ASSUMPTION OF HOTEL MANAGEMENT AGREEMENTS AND MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PRE-PETITION SALES, USE, TRUST FUND, AND OTHER TAXES**, to the parties of record, addressed as follows:

See Attached Matrix

I also certify that on February 28, 2025, I served the above-referenced document(s) on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 28, 2025.

/s/ Amy E. Sinclair

_____
Amy E. Sinclair, Paralegal

CERTIFICATE OF SERVICE - Page 1

Sherwood Hospitality Group, LLC
Case No. 25-30484-pcm11
DVKOCR Tigard, LLC
Case No. 25-30486-pcm11

20 Largest Unsecured Creditors:
(Duplicates have been omitted)

| | | |
|---|---|---|
| City Of Sherwood Utilities<br>PO BOX 638<br>Sherwood, OR 97140-0638 | Hallmark Financial Service<br>P.O. BOX 610091<br>Dallas, TX 75261-0091 | HD Supply Facilities Maintenance<br>PO BOX 509058<br>San Diego, CA 92150-9058 |
| Hilton Franchise<br>4649 Paysphere Cir<br>Chicago, IL 60674 | L-O Tigard Finance, LLC<br>Attn: Chris Miller & Russell Munn<br>11777 San Vicente Blvd, Ste 900<br>Los Angeles, CA 90049 | Pride Disposal Company<br>P.O. BOX 820<br>Sherwood, OR 97140 |
| Quore LLC<br>PO BOX 6843<br>Carol Stream, IL 60197-6843 | Star Junction<br>7226 Lee Deforest Dr Ste 200<br>Columbia, MD 21046 | Sysco Portland Inc<br>PO BOX 2210<br>Wilsonville, OR 97070 |
| Vistar<br>PO BOX 951080<br>Dallas, TX 75395-1080 | Washington County<br>155 N 1ST AVE STE 130 MS8<br>Hillsboro, OR 97154 | Vistar<br>PO BOX 951080<br>Dallas, TX 75395-1080 |
| Ascentium Pawnee<br>23970 Highway 59N<br>Kingwood, TX 77339 | Carver & Assoc<br>4177 Northeast Expressway<br>Atlanta, GA 30340 | City Of Tigard<br>13125 SW Hall BLVD<br>Tigard, OR 97223 |
| Lileni Lopez<br>15820 SE Alder St.<br>Portland, OR 97233 | Sagar/Omkar<br>2015 2nd Ave. Unit 2609<br>Seattle, WA 98121 | Tualatin Valley Water Dist.<br>1850 SW 170TH AVE<br>Beaverton, OR 97003 |

Secured Creditors:
(Duplicates have been omitted)


David W. Criswell, Trustee
L-O Sherwood Finance, LLC
L-O Tigard Finance, LLC
601 SW Second Ave Ste 2100
Portland, OR 97204

L-O Sherwood Finance, LLC
11777 San Vicente Blvd, Ste 900
Los Angeles, CA 90049

L-O Tigard Finance, LLC
Attn: Chris Miller & Russell Munn
11777 San Vicente Blvd, Ste 900
Los Angeles, CA 90049

Washington County Tax Assessor
155 N. First Avenue, Ste. 340
Hillsboro, OR 97124

Washington County Property Tax
155 N. First Ave., Ste. 130 MS 8
Hillsboro, OR 97124

C T Corporation System as representative
re: UCC 92712457
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

C T Corporation System as representative
re: UCC 92608981
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301-2553

Tualatin Valley Water District
Tom Hickmann, CEO
1850 SW 170th Ave
Beaverton, OR 97006


Other Notice:

Alkesh R. Patel
Sherwood Hospitality Group, LLC
DVKOCR Tigard, LLC
12330 SE 5th St, 3rd Fl
Vancouver, WA 98683

Hotel Management Services LLC
dba Resolution Road Hospitality
918 W Idaho St, Ste 200
Boise, ID 83702