Griffin Butler, ID Bar #12097, IL Bar #6332513
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
Wayne L. Morse Courthouse
405 E. 8th Ave., Suite 1100
Eugene, Oregon 97401
Telephone: (541) 465-6330
Email: Griffin.Butler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re:<br><br>Sherwood Hospitality Group, LLC and DVKOCR Tigard, LLC,<br><br>Debtors. | Case No. **25-30484-pcm11 (Lead Case) and 25-30486-pcm 11 (Jointly Administered)**<br><br>**UNITED STATES TRUSTEE'S REQUEST TO APPEAR BY PHONE AT THE March 20, 2025, HEARING** |

      Griffin Butler, trial attorney for the Acting United States Trustee, hereby requests permission to appear by telephone at the hearing for the Motion to Assume Hotel Management Agreements [Doc #30], Motion to Pay Certain Taxes [Doc #32], and Motion for Authority to Use Cash Collateral [Doc #36] scheduled for March 20, 2025, at 9:30am in Portland Courtroom #1. The trial attorney for the Acting United States Trustee will be out of the local travel area on that date. Accordingly, Mr. Butler would respectfully request authorization to listen to the hearing telephonically.

      Dated this 13th day of March 2025.

                                          /s/ Griffin Butler
                                          Griffin Butler ID Bar #12097, IL Bar #6332513
                                          Trial Attorney