DISTRICT OF OREGON
**F I L E D**
March 14, 2025
Clerk, U.S. Bankruptcy Court

IT IS ORDERED that the application below is approved.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No: **25-30484** |
| **SHERWOOD HOSPITALITY GROUP, LLC AND DVKOCR TIGARD, LLC;** | APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE,* **AND ORDER THEREON** |
| Debtor(s) | |
| | Adv. Proc. No. (if applicable):_____ |
| Plaintiff(s) | |
| v. | |
| Defendant(s) | |

The undersigned, attorney for the following named party(s): **Hilton Franchise Holding LLC** _____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

      (A) Attorney's Name: **David S. Catuogno, Esq.**

      (B) Firm or Business Affiliation: **K&L Gates LLP**

      (C) Mailing Address: **One Newark Center, 10th Floor, Newark, NJ 07102**

      (D) Business Telephone Number: **973-848-4023**

      (E) Fax Telephone Number: **973-848-4001**

      (F) E-Mail Address: **david.catuogno@klgates.com**

Case 25-30484-pcm11    Doc 52    Filed 03/14/25

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

- (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:
  New Jersey - 040511990 - 12/20/1990
- (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:
  US Court of Appeals 3rd and 2nd Circuit; USDC - NJ, Eastern MI, Eastern and Southern NY

(3) **Certification of Disciplinary Proceedings**:

☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

- (A) Name and Oregon State Bar ID Number: **Brandy A. Sargent, Esq. - Bar No.: 045713**
- (B) Firm or Business Affiliation: **K&L Gates LLP**
- (C) Mailing Address: **One SW Columbia Street, Suite 1900, Portland, OR 97204**
- (D) Business Telephone Number: **503-226-5735**
- (E) Fax Telephone Number:
- (F) E-Mail Address: **brandy.sargent@klgates.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

/s/ Brandy A. Sargent, Esq._____     /s/ David S. Catuogno_____
Local Counsel                                     Special Admissions Applicant
NAME:  **Brandy A. Sargent**                      NAME:  **David S. Catuogno, Esq.**
ADDRESS:  **One SW Columbia Street, Suite 1900**  ADDRESS:  **One Newark Center, 10th Floor**
          **Portland, OR 97204**                            **Newark, NJ 07102**
PHONE:  **503-226-5735**                          PHONE:  **973-848-4023**