IT IS ORDERED that the application below is approved.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

**SHERWOOD HOSPITALITY GROUP, LLC AND DVKOCR TIGARD, LLC;**

Debtor(s)

Plaintiff(s)

v.

Defendant(s)

Case No: **25-30484**

APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE,* **AND ORDER THEREON**

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): **Hilton Franchise Holding LLC**_____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

  (1) **Personal Data**:

    (A) Attorney's Name: **Daniel M. Eliades, Esq.**

    (B) Firm or Business Affiliation: **K&L Gates LLP**

    (C) Mailing Address: **One Newark Center, 10th Floor, Newark, NJ 07102**

    (D) Business Telephone Number: **973-848-4018**

    (E) Fax Telephone Number: **973-848-4001**

    (F) E-Mail Address: **daniel.eliades@klgates.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:
New Jersey - 030851990 - 12/20/1990; Washington - 54991 - 2019

(B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:
US Court of Appeals 3rd Circuit; USDC - Central Illinois, New Jersey, Western Washington, Eastern Michigan, Western Michigan, Western Wisconsin, Northern Florida and Colorado

(3) **Certification of Disciplinary Proceedings**:

☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

(A) Name and Oregon State Bar ID Number: **Brandy A. Sargent, Esq. - Bar No.: 045713**

(B) Firm or Business Affiliation: **K&L Gates LLP**

(C) Mailing Address: **One SW Columbia Street, Suite 1900, Portland, OR 97204**

(D) Business Telephone Number: **503-226-5735**

(E) Fax Telephone Number:

(F) E-Mail Address: **brandy.sargent@klgates.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

/s/ Brandy A. Sargent, Esq._____
Local Counsel
NAME: **Brandy A. Sargent**
ADDRESS: **One SW Columbia Street, Suite 1900**
            **Portland, OR 97204**
PHONE: **503-226-5735**

/s/ Daniel M. Eliades, Esq._____
Special Admissions Applicant
NAME: **Daniel M. Eliades, Esq.**
ADDRESS: **One Newark Center, 10th Floor**
            **Newark, NJ 07102**
PHONE: **973-848-4018**